Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Mount & Stoelker, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Phone: (408) 279-7000
Fax: (408) 998-1473
Email: kspelman@mount.com, dfingerman@mount.com

Counsel for San Francisco Technology Inc.

**E-Filed 9/20/2010**

U.S. District Court
Northern District of California

San Francisco Technology Inc.

Plaintiff

vs.

Aero Products International Inc., BP Lubricants USA Inc., BRK Brands Inc., Calico Brands Inc., Cooper Lighting LLC, Darex LLC, Dexas International Ltd., Dyna-Gro Nutrition Solutions, Fiskars Brands Inc., Global Concepts Inc., Homax Products Inc., Kimberly-Clark Corporation, Kraco Enterprises LLC, Lixit Corporation, Mead Westvaco Corporation, Nutrition 21 Inc., Oatey Co., Optimum Technologies Inc., Newell Rubbermaid Inc., Schick Manufacturing Inc., The Scotts Company LLC, Sterling International Inc., Vitamin Power Incorporated, Woodstream Corporation, 4-D Design Inc.

Defendants

Case No. 5:10-cv-02994-HRL

**Stipulation As To Consolidated Motion Hearing and Case Management Conference and ~~[Proposed]~~ Order Thereon** (As Modified By The Court)

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

Plaintiff and the below referenced defendants stipulate and request an order as follows:

1. Setting all motions filed on or before October 15, 2010 for hearing before the Honorable Judge Jeremy D. Fogel on November 19, 2010 at 9:00 A.M.

2. Setting the Case Management Conference for November 19, 2010 at 9:00 A.M.

3. Setting the due date for the Joint Case Management Statement for November 5, 2010.

4. That the parties need not serve Rule 26(a)(1) disclosures until after November 19, 2010, on a date to be determined at the November 19 Case Management Conference.

The basis for this Stipulation is that there are approximately 25 defendants in this case, most if not all of whom have filed or expect to file motions to dismiss and/or motions to sever and/or transfer the action as to said defendant. It would be efficient to have all such motions, which raise and are likely to raise many common issues, heard at a single hearing, and that the Case Management Conference also take place at that time. Plaintiff has agreed that various defendants may have until October 2, 2010 to file responsive pleadings and/or motions. In order to allow 35 days from the filing of a motion and its hearing date, the earliest that a hearing could take place on said motions would be November 12, 2010. Various parties have conflicts with a November 12, 2010 hearing date, making the next available hearing date November 19, 2010. In order to promote the efficient management of the case, a November 5, 2010 filing date for the Joint Case Management Report and deferring the Rule 26(a)(1) disclosure deadline until after November 19, 2010 is in the interests of all parties and the Court.

In accordance with General Order No. 45.X.B., Dan Fingerman, counsel for SF Tech, attests that each other signatory listed below has concurred in the filing of this document.

Date: September 9, 2010

Mount & Stoelker, P.C.
/s/ Dan Fingerman
Counsel for San Francisco Technology Inc.

Date: September 9, 2010

/s/ Mitchell Greenberg
Counsel for Sterling International Inc.

Date: September 9, 2010

/s/ Robert McFarlane
Counsel for BRK Brands Inc.

Date: September 9, 2010

        /s/ Steven Bovarnick
Counsel for Optimum Technologies Inc.

Date: September 9, 2010

        /s/ Allen Arnsten
Counsel for Fiskars Brands Inc.

Date: September 9, 2010

        /s/ Joe Trojan
Counsel for Calico Brands Inc.

Date: September 9, 2010

        /s/ Michael Sarney
Counsel for Nutrition 21 Inc.

Date: September 9, 2010

        /s/ Terence O'Hara
Counsel for Vitamin Power Inc.

Date: September 9, 2010

        /s/ Angela Gott
Counsel for Homax Products Inc.

Date: September 9, 2010

        /s/ Harry Doscher
Counsel for Woodstream Corp.

Date: September 9, 2010

        /s/ Nicholas Clifford
Counsel for MeadWestvaco Corp.

Date: September 9, 2010

        /s/ Jessica Lunney
Counsel for Kimberly-Clark Corp.

Date: September 9, 2010

        /s/ Edward Mevi
Counsel for Dyna-Gro Nutrition Solutions

Date: September 9, 2010

        /s/ Theodore Remaklus
Counsel for Kraco Enterprises LLC

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

Date: September 9, 2010

/s/ John Bannon
Counsel for Newell Rubbermaid Inc.

Date: September 9, 2010

/s/ Todd Nelson
Counsel for Darex LLC

Date: September 9, 2010

/s/ Maia Harris
Counsel for Schick Manufacturing Inc.

Date: September 9, 2010

/s/ Caroline McIntyre
Counsel for Dexas International Ltd.

Date: September 9, 2010

/s/ Peter McAndrews
Counsel for Global Concepts Limited Inc.

Date: September 9, 2010

/s/ John Wiedemann
Counsel for Oatey Co.

Pursuant to stipulation, ~~it is so ordered~~ - all motions and the case management conference are RESET for November 19, 2010 at 11:00 a.m.

Date: September 20, 2010

Jeremy Fogel, U.S. District Court Judge

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

MOUNT & STOELKER, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

**Certificate of Service**

The undersigned certifies that on September 9, 2010, the foregoing document was filed with the Clerk of the U.S. District Court for the Northern District of California, using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-4 and General Order 45. The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action, who have consented under Civil L.R. 5-5 and General Order 45 to accept that Notice as service of this document.

Date: September 9, 2010

Mount & Stoelker, P.C.,
/s/ Dan Fingerman
Counsel for San Francisco Technology Inc.

Z:\CLIENTS\F CLIENTS\False003\Attorney_Notes\Drafts\Permission to file\Stipulation re Consolidated Hearing & CMC v2.doc