**E-Filed 1/14/2011**

1

2

3

4

5

6

7

8                      **IN THE UNITED STATES DISTRICT COURT**

9                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11

| | |
|---|---|
| 12   SAN FRANCISCO TECHNOLOGY, INC., | Case Number 5:10-cv-02994-JF/PSG |
| 13                      Plaintiff, | ORDER[1] GRANTING DEFENDANT HOMAX PRODUCTS, INC.'S |
| 14                   v. | MOTION TO SEVER AND TRANSFER VENUE |
| 15   AERO PRODUCTS INTERNATIONAL, INC., *et al.*, | [Re: Docket No. 312] |
| 16   | |
| 17                      Defendants. | |
| 18 | |

19

20       Defendant Homax Products, Inc. filed a motion to sever and transfer venue on October

21   15, 2010.  The motion is unopposed.

22                                **ORDER**

23       Good cause therefor appearing, Defendant's motion to sever and transfer venue to the

24   Western District of Washington is GRANTED.

25   **IT IS SO ORDERED.**

26

27   _____

28       [1] This disposition is not designated for publication in the official reports.

Case No. 5:10-cv-02994-JF/PSG
ORDER GRANTING DEFENDANT HOMAX PRODUCTS, INC.'S MOTION TO SEVER AND TRANSFER
VENUE
(JFLC1)

1

2    DATED: January 14, 2011

3                                          JEREMY FOGEL
                                           United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 5:10-cv-02994-JF/PSG
ORDER GRANTING DEFENDANT HOMAX PRODUCTS, INC.'S MOTION TO SEVER AND TRANSFER
VENUE
(JFLC1)